IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 22 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00306-BNB

JOSEPH J. CUFF,

    Plaintiff,

v.

H. RIOS, Warden,

    Defendant.

## ORDER

Plaintiff, Joseph J. Cuff, is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary at Florence, Colorado. Mr. Cuff initiated this action by filing *pro se* a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and a motion for a temporary restraining order. In an order filed on February 13, 2007, the court ordered the clerk of the court to commence a civil action and ordered Mr. Cuff to cure certain deficiencies within thirty days if he wished to pursue his claims. More specifically, the court ordered Mr. Cuff to file the *in forma pauperis* motion on the proper form and to file a Prisoner Complaint.

On March 16, 2006, Mr. Cuff filed a "Petition for an Enlargement of the Time," a "Motion to Amend," and a "Petition for Clarification on the Alternative, Petition for a Writ of Habeas Corpus." In the "Petition for Clarification on the Alternative, Petition for a Writ of Habeas Corpus," Mr. Cuff states that he wishes to convert the instant action into a habeas corpus action because he believes that his conditions of confinement claims

properly can be raised in a habeas corpus action. The "Petition for Clarification on the Alternative, Petition for a Writ of Habeas Corpus" will be denied. A writ of habeas corpus is not the appropriate remedy in this action because Mr. Cuff is challenging the conditions of his confinement rather than the execution of his sentence. *See, e.g., Richards v. Bellmon*, 941 F.2d 1015, 1018 (10th Cir. 1991). The "Motion to Amend" also will be denied because Mr. Cuff has not yet filed a pleading to amend. The "Petition for an Enlargement of the Time" will be granted. Accordingly, it is

ORDERED that the "Petition for Clarification on the Alternative, Petition for a Writ of Habeas Corpus" filed on March 17, 2007, is denied. It is

FURTHER ORDERED that the "Motion to Amend" filed on March 16, 2007, is denied. It is

FURTHER ORDERED that the "Petition for an Enlargement of the Time" filed on March 16, 2007, is granted. It is

FURTHER ORDERED that Mr. Cuff shall have **thirty (30) days from the date of this order** to cure the deficiencies in this action as directed in the court's February 13, 2007, order.

DATED March 22, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-00306-BNB

Joseph J. Cuff
Reg. No. 00416-051
USP - Florence
P.O. Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3-22-07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk